736

## SMITH v. STATE.
### No. 18269.

Court of Criminal Appeals of Texas.
April 22, 1936.

G. C. Harris, of Greenville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for robbery; punishment assessed at confinement in the penitentiary for five years.

The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

## WIMBERLY v. STATE.
### No. 18252.

Court of Criminal Appeals of Texas.
April 22, 1936.

R. W. Hamilton, of Midland, and J. Lee Bilberry, of Barstow, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Assault with intent to rape is the offense; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular and properly presented. The record is before this court without statement of facts or bills of exception.

No error having been pointed out or perceived, the judgment is affirmed.

## WILLIAMS v. STATE.
### No. 18347.

Court of Criminal Appeals of Texas.
April 22, 1936.

H. S. Davis, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for unlawfully carrying a pistol, punishment assessed being a fine of $100.

No statement of facts or bills of exception appear in the record. In such condition, nothing is presented for review.

The judgment is affirmed.